ACCEPTED
01-15-00544-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 1:14:12 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00544-CV

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 1:14:12 PM
CHRISTOPHER A. PRINE
Clerk

TERRY NEFF AND IRON WORKERS MID-SOUTH PENSION FUND, DERIVATIVELY ON BEHALF OF WEATHERFORD INTERNATIONAL LTD.,

*Appellants,*

v.

NICHOLAS F. BRADY, DAVID J. BUTTERS, WILLIAM E. MACAULAY, ROBERT B. MILLARD, ROBERT K. MOSES, JR., ROBERT A RAYNE, BERNARD J. DUROC-DANNER AND BURT M. MARTIN, AND WEATHERFORD INTERNATIONAL LTD. A SWISS CORPORATION

*Appellees,*

Appeal from the 270th Judicial District Court, Harris County, Texas

## JAMIE J. MCKEY'S MOTION IN SUPPORT OF BENNY C. GOODMAN III' S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

| | |
|---|---|
| Joe Kendall | Benny C. Goodman |
| SBN 11260700 | CA SBN 211302 |
| Jamie J. McKey | ROBBINS GELLER RUDMAN & |
| SBN 24045262 | DOWD LLP |
| KENDALL LAW GROUP, LLP | 655 West Broadway, Suite 1900 |
| 3232 McKinney Avenue, Suite 700 | San Diego, CA 92101 |
| Dallas, TX 75204 | T: (619) 231-1058 |
| jkendall@kendalllawgroup.com | F: (619) 231-7423 |
| jmckey@kendalllawgroup.com | |
| T: (214) 744-3000/ F: (214) 744-3015 | |

ATTORNEYS FOR APPELLANTS

1

I, Jamie J. McKey, file this sworn motion in support of Benny C. Goodman III's Unopposed Motion for *Pro Hac Vice* Admission to appear before this Court.

## I.    FACTS

1.    I am associated with Benny C. Goodman III on this case. I am employed as an attorney on the case and will personally participate in the hearings and trial.

2.    I am a practicing attorney and a member of the State Bar of Texas, State Bar Number 24045262. My office address, telephone number, and facsimile number are included below my signature.

3.    To my knowledge, Benny C. Goodman III is of good character and has no disciplinary actions pending against him *(see* Benny C. Goodman III's Unopposed Motion for *Pro Hac Vice* Admission). If admitted to appear before this Court in this matter, he will abide by the highest ethical standards and Attorneys' creed applicable to Texas lawyers.

## II.    PRAYER

For these reasons, I ask this Court to grant Benny C. Goodman III's Unopposed Motion for *Pro Hac Vice* Admission and allow him to appear before this Court until the conclusion of this cause of action.

Dated: December 2, 2015

Respectfully submitted,

KENDALL LAW GROUP, LLP

_____

**Joe Kendall** (State Bar No. 11260700)
**Jamie J. McKey** (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
**Benny C. Goodman III**
CA SBN 211302
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 7423
bennyg@rgrdlaw.com

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.l(a)(5), I hereby certify that counsel for Appellants conferred with counsel for Appellees regarding Benny C. Goodman III's Motion for *Pro Hac Vice* Admission. Counsel for Appellees confirmed that Appellees do not oppose the motion.

_____
**Jamie J. McKey**

3

AFFIDAVIT

STATE OF TEXAS   )
         ) ss.:
COUNTY OF DALLAS  )

   Comes now Jamie J. McKey, of lawful age, being first duly sworn, and states for her affidavit supporting the within Motion in Support of Benny C. Goodman III's Unopposed Motion for *Pro Hac Vice* Admission that the above-mentioned facts are true based upon her knowledge, information, and belief.

<em>Jamie McKey (signature)</em>

_____

**Jamie J. McKey**

Sworn to and subscribed before me this 2nd day of December, 2015.

<em>Mary Williams (signature)</em>

Notary Public

My commission expires: *10 – 15 – 2019*

**MARY WILLIAMS**
Notary Public, State of Texas
My Commission Expires
October 15, 2019

4

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2015, a true and correct copy of the foregoing motion was served on the following counsel in the manner indicated:

James A. Reeder, Jr.
Jeffrey S. Johnston
Stacy M. Neal
Nicholas Shum
Stephanie Miller
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
jreeder@velaw.com
jjohnston@velaw.com
sneal@velaw.com
nshum@velaw.com
smiller@velaw.com
VIA E-FILE AND E-MAIL

N. Scott Fletcher
Elizabeth G. Myers
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
sfletcher@jonesday.com
egmyers@jonesday.com
VIA E-FILE AND E-MAIL

Robert S. Bennett
Ellen Kennedy
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com
VIA E-FILE AND E-MAIL

Rebecca N. Brandt
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
rebecca.brandt@lw.com
VIA E-FILE AND E-MAIL

Peter A. Wald
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
peter.wald@lw.com
VIA E-FILE AND E-MAIL

Kevin H. Metz
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
kevin.metz@lw.com
VIA E-FILE AND E-MAIL

Noelle M. Reed
Charles W. Schwartz
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, TX 77002
noelle.reed@skadden.com
Charles.schwartz@skadden.com
VIA E-FILE AND E-MAIL

_____
**Jamie J. McKey**